IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
98 OCT 14 PM 12: 39
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LOUIS TOWNSEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 98-P-0642-W |
| ) | |
| STATE OF ALABAMA MENTAL ) | |
| HEALTH DEPARTMENT, DR. HOOPER, ) | |
| DR. ROMAN, DR. LAWSON, DR. SMITH,) | |
| DR. SAVERY, DR. BELLSHAMBLEY, ) | |
| DR. HILL, R. GAY, MRS. BLACKWELL, ) | |
| MRS. BRASHELL, MRS. STEEL, MRS. ) | |
| GAILTOR, MRS. DAVIS, MRS. WOOD, ) | |
| MRS. WILDER, MISS WELLS, MRS. ) | |
| ROSCO, MISS ALMERIA, MISS FOSTER,) | |
| and MISS DAVIS, ) | |
| ) | |
| Defendants. ) | |

OCT 1 6 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 20, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on September 2, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 14th day of October, 1998.

*[signature]*
SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2